United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-16604-jkf
Eugenia Tracie Turner                                                           Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Oct 25, 2017
                    Form ID: pdf900    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2017.
db             +Eugenia Tracie Turner,    2934 W. Allegheny,    Philadelphia, PA 19132-1113

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Oct 26 2017 01:25:52     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 26 2017 01:25:37     
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 26 2017 01:25:47     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2017 at the address(es) listed below:
          TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
          THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR HECM ACQUISITION TRUST 2015-2 et al ...
                tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 3

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re

**17-16604-JKF**     **EUGENIA TRACIE TURNER**          **CH: 7**
Debtor(s)

**ORDER**

AND NOW, it is

1.*( )    ORDERED that since we find that the debtor(s) have failed to pay the prescribed filing fee in full within the requisite time period, this case, be, and the same hereby is, DISMISSED.

2.*( )    ORDERED that since we find that the debtor(s)' have failed to propose a plan, this case be, and the same hereby is, DISMISSED

3.*( )    ORDERED that sine we find that the debtor(s) have failed to file a feasible plan, this case be and the same hereby is, DISMISSED.

4.*( )    ORDERED that since we find that the debtor(s) have failed to attend the hearing mandated under 11 U.S.C. Sec.341 and have failed to attend the hearing to explain their absence at the Sec. 341 hearing, this case be and the same hereby is, DISMISSED.

5.*( )    ORDERED that since the debtor(s) have failed to prosecute this case or to file timely their required documents, this case be, and the same hereby is, DISMISSED,  and within ten days of the entry of this order, debtor's counsel shall submit a master list of creditors and, as required by Bankruptcy Rule 2016 (b), an itemized statement of attorney's fees unless current versions of both these documents are on file with the Clerk.

6.*( )    ORDERED that since we find material failure to comply with the terms of a confirmed plan under 11 U.S.C. Sec. 1307 (c)(6) this case be, and the same hereby is, DISMISSED.

7.*( **X** )    ORDERED that since we find that the debtor(s) have filed the bankruptcy petition without receiving a pre-petition credit briefing as required by 11 U.S.C. § 109(h)(1), this case be and the same hereby is, DISMISSED.

**Date: October 25, 2017**

Jean K. FitzSimon
United States Bankruptcy Judge

* Each numbered paragraph of this order is operative only if the box next to the number designating that paragraph is checked.
b3(2).frm